30. Was there any other management official(s) (including concurring officials) involved in not hiring Complainant for the position identified in question 11? If so, please provide their name, title, email address, and telephone number and explain his/her involvement.

n/a

31. Complainant alleges that you interviewed her on April 26, 2019. She states that at the close of the interview, you said that you would have to talk to Joseph Porche before you made a decision and would get back with her. Complainant asserts that she did not hear back from you; instead, you sent her a non-select letter via email on May 8, 2019. If you disagree with Complainant's characterization of the event, please thoroughly describe your version of events and provide any supporting documentation. **(Throughout this affidavit, the terms "documentation," "documents," and "documentary proof" mean anything in written form, including, but not limited to, e-mails and notes).**

I told her that I would speak to her previous Manager and her previous Supervisor which she confirmed was Joe Porche and Charlotte Lagrue. I also received her Form 50 from HR which showed a negative release from her previous assignment. When I spoke to the supervisor and Manager they explained to me that she was a difficult employee who challenged everything they would tell her as it relates to daily instructions and identified work deficiencies. It was also relayed that when instructions would be given she would go straight to the union to verify if she had to follow the instruction. When requested to sign her evaluations and she refused to sign any of the evaluations when the supervisor reviewed her performance.

32. Did you have any communication with Joseph Porche regarding the Complainant? If so, please provide a detailed, chronological narrative of all communication that you had with Joseph Porche regarding the Complainant. Provide dates **(month/day/year)** and supporting documentation of each communication, including, but not limited to emails and notes.

I do not remember the exact date of time however I did contact the unit in reference to her performance and attendance. Her performance as a CCA was not favorable.

33. Explain in detail the reason(s) for not hiring Complainant for the position identified in question 11?

Same as 32 and 33

Affidavit H
Page 6 of 69

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: [signed]  Date Signed: 7/8/19

PS Form 2669, March 2001

34. Was the information that you received from Joseph Porche regarding the Complainant a factor in your decision not to hire her? If so, identify the information and explain in detail how it affected or influenced your decision not to hire Complainant. Provide supporting documentation.

A combination of the Manager, Supervisor and the form 50s received from HR was used to make my decision. The previous form 50's show she had been separated twice for unsatisfactory performance.

35. Would you have hired Complainant absent the information that you received from Joseph Porche? If so, Explain fully.

No because the Form 50s and the supervisor's evaluation was negative.

36. Was Complainant's **age** a factor in any action that you took with respect to this claim?

No

37. Was Complainant's **prior EEO activity** a factor in any action that you took with respect to this claim?

No

38. Please identify the Postal policies, rule, or regulation you believe is/are applicable to this issue. Please explain how this policy applies to this issue and provide a copy of the policy.

Affidavit H
Page 7 of 69

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| [signature] | 7/8/19 |

PS Form 2569, March 2001