**Never spoke to Joe Porche about A. Nedd.**

b. Provide the date (month/day/year) when Joe Porche made the defamatory remarks about Complainant to you. **Never spoke to Joe Porche about A. Nedd.**

c. Would you have hired Complainant for City Carrier position (Job Posting 10242872) at the Metairie station absent Joe Porche's defamatory remarks about her? If not, explain in detail why. **Never spoke to Joe Porche about A. Nedd.**

13. Complainant alleges that on March 25, 2019, she received a letter via email stating that she was not selected for Job Posting number 10242872, City Carrier Assistant 1 - MET, at the Louisiana District. Provide a copy of the Vacancy Announcement (Job Posting number 10242872). **Personal has access to those records.**

14. What information and documentation did the Complainant provide when she applied for Job Posting number 10242872, City Carrier Assistant 1 - MET, at the Louisiana District? (Provide a copy of the documentation/application submitted by the Complainant).

**She was selected by Manager Taylor. But as personal processed her, we learned that she was terminated from the New Orleans Post office, I non-selected her because she was not honest in the interview process. She told Manager that she was working in New Orleans when in fact she had been terminated twice from the Postal Service.**

15. What were the requirements/criteria/qualifications for Job Posting number 10242872, City Carrier Assistant 1 - MET, at the Louisiana District? (Provide copy of the job description for this position.)

**She was selected by Manager Taylor. But as personal processed her, we learned that she was terminated from the New Orleans Post office, I non-selected her because she was not honest in the interview process. She told Manager that she was working in New Orleans when in fact she had been terminated twice from the Postal Service.**

16. Did the Complainant meet the requirements/criteria/qualifications for the position?

**She was not honest in the interview process, she is required to be honest, trustworthy and reliable. Lying in an interview is reason to non-select the candidate.**

17. If the Complainant did not meet the requirements/criteria/qualifications, please explain what made her unqualified? Please be specific.

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: [signature]

Affidavit F Page 3 of 10

Date Signed: 7/10/19

PS Form 2569 March 2001

00389