6. What do you believe Complainant's age to be? How and when (approximate date) did you become aware of Complainant's age? the complainant appears to be late forties

**RETALIATION ALLEGATION**

7. Were you aware of the Complainant being involved in EEO activity prior to this complaint (EEO activity includes filing a charge, testifying, assisting another, or participating in a discrimination proceeding; or otherwise opposing discrimination)? If so, identify the Complainant's EEO activity. Unknown

8. If you were aware of the Complainant's EEO activity, how and when did you become aware?

9. Have you been named by the Complainant as a Responsible Management Official or witness, in a prior EEO Complaint that he/she filed? If so, please identify the case number(s) and identify the issue(s) involved in the complaint? Not sure

10. What was your personal involvement in the Complainant's prior EEO activity? Not sure

**CLAIM: ON OR ABOUT FEBRUARY 26, 2019, COMPLAINANT WAS TERMINATED DURING HER PROBATIONARY PERIOD**

11. Were you the management official responsible for terminating Complainant on February 26, 2019? Yes which was based on performance.

12. If you were not the responsible management official who terminated Complainant on February 26, 2019, please identify the management official responsible by name, title, email address, and telephone number. N/A

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: [signature]
Date Signed: 5/31/2016
Affidavit B
Page 2 of 20

PS Form 2569, March 2001

13. If you were not the responsible management official, please explain how you were involved.

N/A

14. Was there any other management official(s) (including concurring officials) involved in terminating Complainant on February 26, 2019? If so, please provide their name, title, email address, and telephone number.

Joseph Porche, manager. 504-949-8459

15. Explain in detail the circumstances that led to Complainant's termination on February 26, 2019. Please provide supporting documentation that you relied upon to Separate (terminate) Complainant. (Throughout this affidavit, the terms "documentation" and "documents" mean anything in written form, including, but not limited to, e-mails and notes).

Unsatisfactory Performance

16. Please provide the reason(s) that was given to Complainant for terminating her on February 26, 2019.

Poor Performance

17. Did Complainant disagree with the reason? If so, what did she say?

Yes, she stated that she wasn't properly trained which the complainant was re-trained twice

18. Please provide the date (month/day/year) when Complainant was notified of her termination.

Feb 2019

---

I declare under penalty of perjury that the foregoing is true and correct.

Affiant's Signature: [signature]

Date Signed: 5/31/2019

PS Form 2569, March 2001

Affidavit B
Page 3 of 20

00328