

# UNITED STATES POSTAL SERVICE

## Notification of Personnel Action

| 01 | EFFECTIVE DATE | 03-22-2019 |
|---|---|---|
| 02 | SOCIAL SECURITY NUMBER | XXX-XX-XXXX |

## EMPLOYEE INFORMATION

| # | Field | Value |
|---|---|---|
| 03 | EMPLOYEE NAME-LAST | NEDD |
| 04 | EMPLOYEE NAME-FIRST | ANASTASIA |
| 05 | EMPLOYEE NAME-MIDDLE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | 2159 VALENTINE CT |
| 07 | MAILING ADDRESS-CITY | NEW ORLEANS |
| 08 | MAILING ADDRESS-STATE | LA |
| 09 | MAILING ADDRESS-ZIP+4 | 70114-3441 |
| 10 | DATE OF BIRTH | 03-19-1966 |
| 11 | VETERANS PREFERENCE | 01 - NO PREFERENCE |
| 12 | SEX | F |
| 13 | ETHNICITY - RACE | BLK/AFRICAN AMER-NOT HISP |
| 14 | DISABILITY | 01 |
| 15 | LEAVE COMP DATE | 12-08-2018 |
| 16 | ENTER ON DUTY DATE | 12-08-2018 |
| 17 | RETIREMENT COMP DATE | |
| 18 | SERV ANNIVERSARY PPYR | |
| 19 | TSP ELIGIBILITY | I - INELIGIBLE |
| 20 | TSP SERVICE COMP DATE | |
| 21 | PRIOR CSRS SERVICE | |
| 22 | FROZEN CSRS TIME | |
| 23 | LEAVE DATA-CATEGORY | 4.00-HOURS/PP |
| 24 | LEAVE DATA-CHG PPYR | |
| 25 | LEAVE DATA-TYPE | 05-EARN AL - NO SL |
| 26 | CREDIT MILITARY SERV | |
| 27 | reserved for future use | |
| 28 | RETIREMENT PLAN | 2 - FICA |
| 29 | EMPLOYMENT STATUS | |
| 30 | LIFE INSURANCE | A0 - INELIGIBLE |
| 31 | SPECIAL BENEFITS | |

## POSITION INFORMATION

| # | Field | Value |
|---|---|---|
| 32 | EMPLOY OFFICE-FIN NO | 216574 |
| 33 | EMPLOY OFFICE-NAME | NOR-CENTRAL CARRIER |
| 34 | EMPLOY OFFICE-ADDRESS | NEW ORLEANS LA 701191961 |
| 35 | DUTY STATION-FIN NO | 216574 |
| 36 | DUTY STATION-NAME | NOR-CENTRAL CARRIER |
| 37 | APPT EXPIRATION DATE | 12-02-2019 |

| # | Field | Value |
|---|---|---|
| 38 | PROBATION EXPIR DATE | |
| 39 | FLSA STATUS | N - NON-EXEMPT |
| 40 | PAY LOCATION | 000 |
| 41 | RURAL CARRIER ROUTE | |
| 42 | RURAL CARR-L-RTE-ID | |
| 43 | RURAL CARR-PAY TYPE | |
| 45 | RURAL CARR-FLSA | |
| 46 | RURAL CARR-COMMIT | |
| 47 | RURAL CARR-EMA | |
| 48 | RURAL CARR-HOURS | |
| 49 | RURAL CARR-MILES | |
| 50 | JOB SEQUENCE | |
| 51 | OCCUPATION CODE | 2310-0045 |
| 52 | POSITION TITLE | CITY CARRIER ASST1 |
| 53 | LABOR DIST CODE | 21 |
| 54 | DESIGNATION/ACTIVITY | 84/4 |
| 55 | POSITION TYPE | 8 - PSE / CCA / MHA / TE |
| 56 | LIMIT HOURS | |
| 57 | ALLOWANCE CODE | |
| 58 | EMPLOYMENT TYPE | |

## SALARY INFORMATION

| # | Field | Value |
|---|---|---|
| 59 | PAY RATE CODE | H - HOURLY RATE |
| 60 | RATE SCHEDULE CODE | Q - CITY CARR ASST (CCA) |
| 61 | GRADE/STEP | 01/BB |
| 62 | BASE SALARY | 17.79 |
| 63 | COLA | |
| 64 | COLA ROLL-IN IND | |
| 65 | NEXT STEP PPYR | |
| 66 | MERIT ANNIV DATE | |
| 67 | MERIT LUMP SUM | |
| 68 | SPECIAL SALARY CODE | |
| 69 | PROTECTED RSC | |
| 70 | PROTECTED GRADE/STEP | |
| 71 | EXPIRATION PPYR | |
| 72 | PROTECTED RC HOURS | |
| 73 | PROTECTED RC MILES | |
| 74 | RC GUARANTEED SALARY | |
| 75 | ANNUITY AMOUNT | |

## NATURE OF PERSONNEL ACTION

| 77 | NATURE OF ACTION CODE | 352 | 78 | AUTHORITY | |
|---|---|---|---|---|---|
| 79 | DESCRIPTION | TERMINATION (NONCAREER) | | | |
| 80 | CODE | 522 | 81 | CODE | 680 |
| 82 | CODE | | 83 | CODE | |
| 84 | REMARKS | | | | |

PERSON ID:04715551 PERS ASSGN:04715551
LAST DAY IN PAY STATUS 02/26/2019

| 85 | AUTHORIZATION | MANAGER, HUMAN RESOURCES SHARED SERVICE CENTER |
|---|---|---|
| 86 | PROCESSED DATE | 03-22-2019 |
| 87 | PERSONNEL OFFICE ID | |
| 88 | OPF LOCATION | |

PS Form 50, January 2009 (Exception to Standard Form 50)    1-EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE

ALLEN 158