
**UNITED STATES POSTAL SERVICE**

# EEO Investigative Affidavit (Complainant)

| Page Number | Number of Pages | Case Number |
|---|---|---|
| 1 | | 4G-700-0049-19 |

| 1. Affiant's Name (First, Middle, Last) | | 2. Employing Postal Service Facility |
|---|---|---|
| Anastacia Nedd | | Central Carrier Station |

| 3. Position Title | 4. Position Level | 5. Postal Address and ZIP + 4 | 6. Unit Assigned |
|---|---|---|---|
| Former CCA | | 1300 Florida Blvd. New Orleans, LA 70119-9998 | |

## Privacy Act Statement and Rehabilitation Act Notice

Privacy Act Statement: Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service® (USPS®) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies visit www.usps.com/privacypolicy.

Rehabilitation Act Notice: Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

## Important Information Regarding Your Complaint

This PS Form 2568-A, EEO Investigative Affidavit (Complainant), and the other form mentioned below, are being provided for you to use to fully respond to the accompanying questions. Mail or deliver your completed statement to the EEO complaints investigator within 15 calendar days of the date you received the forms. Use PS Form(s) 2569, EEO Investigative Affidavit (Continuation Sheet), as needed, to complete your written statement. Remember to number the top of each page and sign and date the bottom of each page of your statement. If you return your statement by mail, the return envelope must be postmarked on or before the 15th calendar day after the date that you received the affidavit forms. Failure to complete your statement and return the forms within the allotted time period could result in your complaint being dismissed based upon your failure to proceed. EEOC complaints processing regulation, 29 C.F.R. 1614.107(a)(7), states, in part, [A complaint may be dismissed] "Where the agency has provided the complainant with the written request to provide relevant information or otherwise proceed with the complaint, and the complainant has failed to respond to the request within 15 days of its receipt, or the complainant's response does not address the agency's request, provided that the request included a notice of the proposed dismissal."

7. Statement (Use PS Form 2569 if additional space is required)

1. If you have a representative, please provide his/her name, address, and telephone number, and indicate if your representative is an attorney. Glenn E Webster 1620 Killdeer ST. N.O. LA. 70122-2208 He is not an attorney.

2. What is your full name? Anastasia Nedd Allen

3. What is your position title, pay grade and work location address? City Carrier Asst, 01/BB (step increase) 1300 Florida NOLA 70119

4. What is your mailing address, telephone number and personal email address? 2157 Valentino CT, NOLA 70114 504-813-4355 anedd@tulane.edu

5. Identify the name and title of your immediate supervisor during the time frame of the accepted issue(s) of this complaint. Charlotte Legrue - Lakeview Supv. Central

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature | Date Signed |

PS Form 2568-A, October 2015

ALLEN 217

## AGE ALLEGATION

6. Identify your **age and date of birth**.
   53 yrs old    03-19-1966

7. Is the management official who you allege discriminated against you in this complaint, aware of your **age**? If so, **when** (approximate date) and **how** did they become aware?
   Yes, Aprox 05-2018 Supv. TH commented on my age in regards to my work assignments.

## RETALIATION ALLEGATION

8. You alleged discrimination based on Retaliation. What was the protected EEO activity? (Prior EEO activity includes filing a charge, testifying, assisting another, or participating in a discrimination proceeding; or otherwise opposing discrimination.) If a prior EEO case, please identify the case number(s) and date(s) for your previous activity.   Prior EEO (Case #)
   4G-700-0163-18
   8/22/2018

9. Was/were the management official(s) you cited in this complaint involved in your prior EEO activity? If so, explain how and when each management official was involved.
   Yes, Joe Poche (station Mgr) He denied ~~assisted with denial~~ of my time off for wedding then terminated me (pre approved of hire)

10. If they were not involved in the prior cases, were they aware of your prior EEO activity, and if so, how and when did they become aware? Yes, Charlotte Legrue (Supv) was aware of previous EEO which was stated by her  &

### CLAIM: ON OR ABOUT FEBRUARY 26, 2019, YOU WERE TERMINATED DURING YOUR PROBATIONARY PERIOD

11. Please identify by name and title, the person(s) who terminated you on or about February 26, 2019 during your probationary period. C.L (Supv.)   J.P. (S.m.)

12. Are you aware of any other management official(s) (including concurring officials) involved in terminating you on or about February 26, 2019 during your probationary period? If so, identify by name and title and explain what role **each** management official played in it. **Be specific.**
    Not my Supv. tampered - Bianca Martin (M.C. Supv.) She was involved in evaluation, changing of my clock rings, and conspiring ~~based~~ on clock rings

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature | Date Signed |

mentioned in EEO

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| UNITED STATES POSTAL SERVICE® EEO Investigative Affidavit (Continuation Sheet) | 3 | | 4G-700-0049-19 |

Due to the ongoing conspiracy of Mgmt personnel I was to discriminate against me, harrass me, and cause personal hardship, it allowed them to treat me

13. Please explain in detail what led to your termination on or about February 26, 2019.

Based on Mgmt actions I believed unprofessionally, and below the standards of which an employee should be treated in th U.S.PS which can be validated by view of my performance evaluation.

14. What reason did management provide to you for terminating you on or about February 26, 2019 during your probationary period?

According to J.P. I was taking to long to deliver the mail.

15. Did you disagree with the reason(s)? If so, why did you disagree? (Explain fully).

@ cert Yes, I have on many occassions explained to Mgmt that I have not had proper training moving on the clock so that I can show my proper office/street time. The additional training was not addressed by J.P.

Performance no reason to terminate due to policy to protect

16. Why do you believe your age was a factor in terminating you on or about February 26, 2019 during your probationary period?

Because other CCA that were younger than me were treated differently Particularly Chloe Bickham.

17. Why do you believe your prior EEO activity was a factor in terminating you on or about February 26, 2019 during your probationary period?

It's obvious retaliation due to J.P. comments which related to the previous EEO + also a convesation Supr. Sly had w/me on stating mgmt was coming for me + to dot all my I's + cross all my T's because they are trying to get rid of me.

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| | |

PS Form 2569, March 2001

ALLEN 219