UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANASTASIA NEDD ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-304** |
| **UNITED STATES POSTAL SERVICE** | **SECTION M ()** |

## ORDER

Considering the motion to withdraw as counsel of record for plaintiff Anastasia Nedd Allen (R. Doc. 77),

**IT IS ORDERED** that the motion is GRANTED, and Bruce C. Betzer of The Law Office of Bruce C. Betzer, APLC and Leonor E. Prieto of Prieto Law Firm, L.L.C., are hereby withdrawn as attorneys of record for the plaintiff, Anastasia Nedd Allen.

**IT IS FURTHER ORDERED** that the trial and pretrial conference, and any unexpired scheduling order deadlines are CONTINUED. Plaintiff shall have 60 days to engage new counsel. At the expiration of the 60 days, whether or not new counsel has been enrolled on behalf of plaintiff, a scheduling conference will be set to select new dates for the trial and pretrial conference and to set any unexpired pretrial deadlines.

New Orleans, Louisiana, this 15th day of February, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE