# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANASTASIA NEDD ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-304** |
| **UNITED STATES POSTAL SERVICE** | **SECTION M (5)** |

## ORDER

Considering the motion to continue submission date of defendant's motion *in limine* to strike testimony of plaintiff's expert Glenn Webster (R. Doc. 76),

**IT IS ORDERED** that the motion to continue (R. Doc. 76) is GRANTED, and the submission date of defendant's motion *in limine* to strike testimony of plaintiff's expert Glenn Webster (R. Doc. 73) is CONTINUED to April 21, 2022.

New Orleans, Louisiana, this 15th day of February ,2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE