UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANASTASIA NEED ALLEN | CIVIL ACTION |
| VERSUS | NO. 20-304 |
| UNITED STATES POSTAL SERVICE | SECTION M (5) |

## JUDGMENT

In accordance with this Court's Order & Reasons (R. Docs. 81) granting defendant United States Postal Service's motion for summary judgment,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant United States Postal Service DISMISSING the claims of plaintiff Anastasia Need Allen, with prejudice.

New Orleans, Louisiana, this 13th day of April, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE